IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

F. ALLAN MIDYETT, M.D.,
    Plaintiff,

v.                                                                                      Civil No. 12-5184

ROBERT LEVY and
UNITED STATES OF AMERICA,
    Defendants.

MOTION TO DISMISS ALL CLAIMS AGAINST ROBERT LEVY

    Comes now the United States of America, through Conner Eldridge, United States Attorney, and Claude S. Hawkins, Jr., Assistant United States Attorney, and submits this motion to dismiss all claims against Robert Levy, and for grounds, states:

    1.    This case was originally filed in the Circuit Court of Washington County against Robert Levy, a federal employee. The case was removed to the U.S. District Court on August 17, 2012. On September 18, 2012, this Court substituted the United States for Robert Levy as to tort claims, leaving Robert Levy in the case pertaining to specifically listed federal claims only. The Court also dismissed with prejudice all plaintiff's state tort claims against Robert Levy, individually. Doc. 21. Robert Levy now moves to dismiss all claims against Robert Levy.

    2.    The only claims against Robert Levy in this case are based upon allegations that he violated 5 U.S.C. § 2302, the No FEAR Act, and the Whistleblower Protection Act. (9/18/2012 Order, Doc. 21, p. 7).

    3.    Plaintiff has failed to state a claim upon which relief can be granted, and the complaint should be dismissed as to the United States. Fed.R.Civ.P. 12(b)(6).

    4.    The No FEAR Act of 2002 - Public Law 107-174 creates no substantive rights for the payment of damages, and such claim should be dismissed.

5. Claims under the Whistleblower Protection Act and 5 U.S.C. § 2302 cannot be brought in U.S. District Court, and this Court has no jurisdiction over such claims. Such claims should be dismissed.

For these reasons and those set forth in the Memorandum Brief in support of this motion, all claims against Robert Levy should be dismissed.

                                      CONNER ELDRIDGE
                                      UNITED STATES ATTORNEY

                                      By:   /s/ *Claude S. Hawkins, Jr.*
                                          Claude S. Hawkins, Jr.
                                      Bar Number 77062
                                      Assistant U.S. Attorney
                                      414 Parker Avenue
                                      Fort Smith, AR 72901
                                      Phone:  479-783-5125
                                      Fax:  479-441-0569
                                      Email:  claude.hawkins@usdoj.gov

## CERTIFICATE OF SERVICE

I, Claude S. Hawkins, Jr., Assistant U.S. Attorney for the Western District of Arkansas, hereby certify that I electronically filed the foregoing with the Court using the CM/ECF System. I further certify that a true and correct copy of the foregoing was mailed this 17th day of October, 2012, to Dr. F. Allan Midyett, M.D., 4678 Clear Creek Blvd., Fayetteville, AR 72704.

                                      /s/ *Claude S. Hawkins, Jr.*
                                      _____
                                      Claude S. Hawkins, Jr.
                                      Assistant U.S. Attorney